# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CARLOS A. ZATARAINVILLEGAS,<br><br>  Defendant. | Case No. 1:24-po-00027-SAB<br><br>ORDER RE REFUND OF OVERPAYMENT<br><br>(ECF No. 4) |

On July 30, 2023, Defendant Carlos A. Zatarainvillegas received a citation for violation of a federal regulation.  On January 18, 2024, the Court granted the Government's motion to dismiss the citation without prejudice in the interest of justice.  However, on March 22, 2025, the Central Violations Bureau received payment from Zatarainvillegas in the amount of $280.00.

As no payment was due to the Central Violations Bureau, IT IS HEREBY ORDERED that Carlos A. Zatarainvillegas be refunded in the amount of $280.00.

IT IS SO ORDERED.

Dated:   **March 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge